**Exhibit A**

Table of Last-Observed Infringements by Defendants of Zero Tolerance Entertainment's Copyright in the Motion Picture "Official Wife Swap Parody," Copyright Reg. No. PA0001711457

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.54.254.120 | 2011-11-06 17:50:57 -0500 | Sprint PCS | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 2 | 108.14.255.217 | 2011-11-15 08:38:27 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 3 | 108.21.230.45 | 2011-12-13 00:23:15 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 4 | 108.21.76.60 | 2011-12-05 13:33:10 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 5 | 108.27.220.177 | 2011-11-30 20:58:00 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 6 | 108.27.249.239 | 2011-11-27 13:18:52 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 7 | 108.46.187.198 | 2011-11-17 02:02:38 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 8 | 173.52.114.37 | 2011-10-21 17:05:43 -0400 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 9 | 173.52.117.80 | 2011-11-07 21:07:35 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 10 | 173.52.221.62 | 2011-11-16 12:51:06 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 11 | 24.164.137.141 | 2011-11-22 07:25:12 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 12 | 24.168.75.166 | 2011-10-26 20:38:18 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 13 | 24.58.82.24 | 2011-12-02 23:45:59 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 14 | 64.131.136.28 | 2011-11-17 03:38:16 -0500 | EarthLink | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 15 | 66.108.122.238 | 2011-11-06 23:14:56 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 16 | 66.108.142.17 | 2011-10-28 14:05:13 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 17 | 66.67.29.101 | 2011-11-01 18:40:43 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 18 | 67.242.33.208 | 2011-11-04 23:06:55 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 19 | 67.242.42.231 | 2011-12-04 17:02:32 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 20 | 67.246.121.137 | 2011-10-22 03:06:57 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 21 | 67.246.25.138 | 2011-11-04 14:33:28 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 22 | 67.249.12.249 | 2011-11-15 09:07:09 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 23 | 67.249.45.174 | 2011-11-05 00:59:56 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 24 | 67.249.55.176 | 2011-11-13 22:24:27 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 25 | 67.249.65.121 | 2011-11-14 18:22:25 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 26 | 67.250.125.73 | 2011-11-10 00:59:56 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 27 | 69.204.98.162 | 2011-11-23 23:32:47 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |

| Doe 28 | 69.205.3.56 | 2011-11-23 11:28:14 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
|---|---|---|---|---|---|
| Doe 29 | 69.206.75.99 | 2011-10-22 03:07:09 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 30 | 71.125.11.89 | 2011-11-24 13:16:24 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 31 | 71.176.70.132 | 2011-11-08 07:07:59 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 32 | 71.186.236.30 | 2011-12-12 21:26:28 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 33 | 71.190.183.242 | 2011-10-30 09:13:49 -0400 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 34 | 72.225.25.6 | 2011-12-08 19:07:26 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 35 | 72.228.150.138 | 2011-11-05 05:26:43 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 36 | 72.228.191.9 | 2011-12-08 08:22:24 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 37 | 72.231.166.135 | 2011-10-27 11:44:02 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 38 | 72.89.136.128 | 2011-12-12 00:58:09 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 39 | 74.101.191.84 | 2011-11-09 23:05:51 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 40 | 74.108.142.99 | 2011-12-12 19:14:44 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 41 | 74.72.72.170 | 2011-12-04 07:22:02 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 42 | 74.74.211.41 | 2011-10-17 04:12:38 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 43 | 74.79.160.212 | 2011-11-28 14:44:13 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 44 | 74.79.160.240 | 2011-12-05 19:21:23 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 45 | 74.79.163.254 | 2011-11-12 08:20:13 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 46 | 74.79.171.138 | 2011-10-27 10:10:56 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 47 | 74.79.66.166 | 2011-10-24 06:46:00 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 48 | 76.15.121.142 | 2011-11-16 18:51:15 -0500 | EarthLink | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 49 | 76.15.225.72 | 2011-12-11 23:57:21 -0500 | EarthLink | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 50 | 76.180.198.72 | 2011-10-26 14:04:31 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 51 | 76.180.208.9 | 2011-11-11 09:11:59 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 52 | 76.180.230.225 | 2011-11-25 15:03:06 -0500 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 53 | 96.250.247.194 | 2011-10-30 18:49:21 -0400 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 54 | 96.250.40.242 | 2011-11-11 17:10:11 -0500 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 55 | 98.113.117.242 | 2011-11-03 19:12:44 -0400 | Verizon Internet Services | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |
| Doe 56 | 98.15.188.78 | 2011-10-28 01:14:25 -0400 | Road Runner | BitTorrent | 89bde9d406348bf82c6d12a65be44183a2eb1e02 |